# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LINDA D. BRADBURY                                                                                       PLAINTIFF

v.                                              No. 4:10CV00232 JLH

WAL-MART, *et al*.                                                                                      DEFENDANTS

## ORDER

Linda D. Bradbury has filed a request to dismiss the lawsuit against Wal-Mart and the other defendants in this case. That motion is GRANTED. Document #13. This action is dismissed without prejudice.

IT IS SO ORDERED this 18th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE