IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA D. BRADBURY                                                                                    PLAINTIFF

v.                                          No. 4:10CV00232 JLH

WAL-MART, *et al*.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 18th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE